# UNITED STATES DISTRICT COURT
For The
Eastern District of Tennessee

**FILED**
NOV 13 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  2:18-MJ- 280 |
| | ) | |
| DAVID DUNN | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 13, 2018, in the county of Greene in the Eastern District of Tennessee, the defendant violated 21 U.S.C. § 841(a)(1), an offense described as follows:

### COUNT ONE

The United States Attorney charges that on or about November 13, 2018, in the Eastern District of Tennessee, the defendant, DAVID DUNN, did knowingly, intentionally, and without authority possess with intent to distribute more than 50 grams of a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II, controlled substance, and that this complaint is based on the facts set forth in the attached affidavit.
[21 U.S.C. § 841(a)(1) and (b)(1)(A)]

This criminal complaint is based on these facts:

On November 13, 2018, at approximately 2:25 a.m., Greene County Deputy Billy Walters, while on patrol, observed a Chrysler 300 parked in the center median of Highway 11E. Walters turned around and went to investigate the parked vehicle. When Walters arrived, David Dunn was observed asleep in the driver seat of the vehicle with the windows down. Walters smelled alcohol coming from the vehicle. Walters called for backup and Deputy

Mike Ball arrived with a K-9. Walters woke Dunn up and asked him to step out of the vehicle. When Dunn stepped out of the vehicle, Walters observed an open container of alcohol. Walters spoke with Dunn and asked Dunn for consent to search the vehicle. Dunn gave Walters consent. Prior to the search, Ball also ran his K-9 who alerted on the vehicle. The search of the vehicle revealed an amount of marijuana in a cup in the center console of the vehicle and a pistol under the driver's seat of the vehicle. A further search of the vehicle revealed approximately five pounds of methamphetamine in a suitcase located in the trunk of the vehicle. The methamphetamine field tested positive as methamphetamine, a schedule II controlled substance. There was also a large amount of United States Currency. Dunn was arrested for suspicion of DUI and possession of marijuana and transported back to the Greene County Jail. The vehicle was towed and a more detailed inventory search revealed approximately a half ounce of methamphetamine in the sun-glass hutch in the cabin of the vehicle.

*Complainant's signature*
Gene Watson, Task Force Officer
Federal Bureau of Investigaiton

Sworn to before me and signed in my presence.

Date: November 13, 2018

*Judge's signature*

City and state: Greeneville, Tennessee

Clifton L. Corker
*Printed Name and title*